The Honorable Thomas S. Zilly
Noted For: July 26, 2019
Without Oral Argument

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF WANGSHENG LENG, by and through administrator, LIPING YANG,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF ISSAQUAH, ISSAQUAH POLICE OFFICER M. LUCHT #1201, and ISSAQUAH POLICE OFFICER KYLEN WHITTOM, #1210,<br><br>Defendants. | No. 2:19-cv-00490-TSZ<br><br>DECLARATION OF<br>IRVING S. SCHER, PH.D., P.E. |

I, IRVING S SCHER, PH.D., P.E. declare as follows:

1. I am over the age of 18, and am otherwise competent to testify as to all matters herein, and make the following statements based on my own personal knowledge.

2. I am a biomechanical engineer. Attached as **Exhibit A** to this Declaration is a true and correct copy of my C.V.

3. I have reviewed the King County Medical Examiner's Office report regarding the autopsy of Wangsheng Leng. It is apparent from my preliminary review of that document that Mr. Leng had complicated pre-existing physical and mental conditions; Mr. Leng may have been unusually susceptible to his injuries given his pre-existing conditions and they may have contributed to his injuries.

4. I was recently retained by Defendants and have not yet had an opportunity to

DECLARATION OF
IRVING S. SCHER, PH.D., P.E. - 1
2:19-cv-00490-TSZ
1002-01464/Decl of Irv Scher - Motion to Quash.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

render opinions in this matter. In order to conduct fully my biomechanical engineering analysis and provide opinions, it is essential that I have access to Mr. Leng's historical medical records and imaging. I need to review those records to be able to determine the extent of Mr. Leng's pre-existing conditions to render opinions on causation and mechanism of injury. Limiting my access to Mr. Leng's historical records would reduce my ability to reach opinions on those topics. That is especially true in light of what I have seen so far regarding Mr. Leng's complex medical condition at the time of his interaction with the Issaquah police.

5. It is highly problematic for a lay person to determine what is and is not relevant to my analysis. What might appear to a lay person to be completely unrelated or unimportant to my field of expertise might be essential to understanding the biomechanics of how Mr. Leng's injuries occurred. Given Mr. Leng's age, I need to be able to review records dating back further than three years. Ideally, I would be provided with Mr. Leng's complete medical records, regardless of time. I will abide by the Court's Stipulated Protective Order and not disseminate those records beyond this litigation.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 22nd day of July, 2019, at Seattle, Washington.

_____
IRVING S. SCHER, PH.D., P.E.

DECLARATION OF
IRVING S. SCHER, PH.D., P.E. - 2
2:19-cv-00490-TSZ
1002-01464/Decl of Irv Scher - Motion to Quash.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiffs**

David B. Owens, WSBA #53856
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
T: 312-243-5900
Email: david@loevy.com
andrew@loevy.com

**Attorneys for Plaintiffs**

Harry Williams IV, WSBA #41020
Law Office of Harry Williams LLC
707 E. Harrison
Seattle, WA 98102
T: 206-451-7195
Email: harry@harrywilliamslaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

DATED: July 22, 2019

Christine Jensen Linder, Legal Assistant
Email: clinder@kbmlawyers.com

DECLARATION OF IRV SCHER - 2
2:19-cv-00490-TSZ
1002-01464/443521

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423