The Honorable Thomas S. Zilly
Noted For: July 26, 2019
Without Oral Argument

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF WANGSHENG LENG, by and through administrator, LIPING YANG, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF ISSAQUAH, ISSAQUAH POLICE OFFICER M. LUCHT #1201, and ISSAQUAH POLICE OFFICER KYLEN WHITTOM, #1210, <br><br> Defendants. | No. 2:19-cv-00490-TSZ <br><br> DEFENDANTS' PRAECIPE REGARDING DEFENDANTS' OPPOSITION PLAINTIFF'S MOTION TO QUASH SUBPOENAS FOR MEDICAL RECORDS |

Pursuant to Local Rules W.D. Wash. LCR 7(h), Defendants respectfully submit the following correction to Defendants' Opposition to Plaintiff's Motion to Quash Subpoenas for Medical Records (Dkt. No. 20):

Page 2, line 26: added the language "and *Ragonesi Decl.*, Ex. D."

Defendants' are filing the entire brief as this addition has changed the pagination.

///

///

///

DEFS' PRAECIPE REGARDING DEFS' OPPOSITION PLTF'S MOTION TO QUASH SUBPOENAS FOR MEDICAL RECORDS - 1
2:19-cv-00490-TSZ
1002-01464/445141

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

DATED: July 23, 2019

        KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Shannon M. Ragonesi*
Shannon M. Ragonesi, WSBA #31951
Attorneys for Defendants

801 Second Avenue, Suite 1210
Seattle, WA 98104
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: sragonesi@kbmlawyers.com

DEFS' PRAECIPE REGARDING DEFS' OPPOSITION
PLTF'S MOTION TO QUASH SUBPOENAS FOR MEDICAL
RECORDS - 2
2:19-cv-00490-TSZ

1002-01464/445141

**KEATING, BUCKLIN & McCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiffs**

David B. Owens, WSBA #53856
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
T: 312-243-5900
Email:  david@loevy.com
andrew@loevy.com
melinda@loevy.com

**Attorneys for Plaintiffs**

Harry Williams IV, WSBA #41020
Law Office of Harry Williams LLC
707 E. Harrison
Seattle, WA 98102
T: 206-451-7195
Email:  harry@harrywilliamslaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

DATED:  July 23, 2019

/s/ Christine Jensen Linder
Christine Jensen Linder, Legal Assistant
Email: clinder@kbmlawyers.com

DEFS' PRAECIPE REGARDING DEFS' OPPOSITION
PLTF'S MOTION TO QUASH SUBPOENAS FOR MEDICAL
RECORDS - 3
2:19-cv-00490-TSZ
1002-01464/445141

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423