The Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF WANGSHENG LENG, by and through administrator LIPING YANG,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ISSAQUAH, et al.,<br><br>Defendants. | No. 19-490<br><br>**Order Granting Plaintiffs' Motion for Leave to File First Amended Complaint** |

Having considered Plaintiffs' motion for leave to file an amended complaint, docket no. 38, and the proposed Amended Complaint, and noting Defendants' non-opposition, the Court ORDERS that leave to file an amended complaint is granted. Within 14 days, Plaintiffs shall electronically file any amended complaint and serve such pleading on any new defendant in the manner set forth in Federal Rule of Civil Procedure 4.

IT IS SO ORDERED.

Dated this 18th day of October, 2019.

Thomas S. Zilly
United States District Judge

Order Granting Plaintiffs' Motion For Leave to File FAC–
Page 1
Case No. 19-490

**LOEVY & LOEVY**
100 S. KING STREET, #100
SEATTLE, WA 98104
TELEPHONE: (312) 243-5900