UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF WANGSHENG LENG, by and through administrator, LIPING YANG,

    Plaintiff,

v.

CITY OF ISSAQUAH, ISSAQUAH POLICE OFFICER M. LUNCHT #1201, and ISSAQUAH POLICE OFFICER KYLEN WHITTOM #1210,

    Defendants.

C19-490 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) A telephonic conference is SET for January 24, at 11:45 a.m. to address the parties' Joint Motion Concerning Discovery and Trial Deadlines, docket no. 44. Counsel shall arrange a conference call among themselves and then contact the Court at (206) 370-8830.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of January, 2020.

                  William M. McCool
                  Clerk

                  s/Karen Dews
                  Deputy Clerk

MINUTE ORDER - 1