UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF WANGSHENG LENG, by and through administrator LIPING YANG,

    Plaintiff,

v.

CITY OF ISSAQUAH, et al.,

    Defendants.

C19-490 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' agreed motion to continue trial and related deadlines, docket no. 44, is GRANTED as follows:

| **JURY TRIAL DATE (1-2 weeks)** | **Friday, September 18, 2020** |
|---|---|
| Disclosure of expert testimony | March 31, 2020 |
| Discovery motions filing deadline | April 23, 2020 |
| Discovery completion deadline | June 1, 2020 |
| Dispositive motions filing deadline | June 25, 2020 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | July 2, 2020 |

MINUTE ORDER - 1

| Motions in limine filing deadline | August 20, 2020 |
|---|---|
| Agreed pretrial order due | September 4, 2020 |
| Trial briefs, proposed voir dire questions, and jury instructions due | September 4, 2020 |
| Pretrial conference | September 11, 2020 at 11:00 a.m. |

(2) A telephonic status conference with the Court's law clerk is SET for February 14, 2020, at 10:00 a.m. Counsel shall meet and confer in advance of that date concerning a briefing schedule for dispositive motion practice. At the status conference, counsel shall report on the progress of third-party discovery from the decedent's medical and other treatment providers and on whether they have reached any agreement regarding dispositive motion practice. Counsel shall arrange a conference call among themselves and then contact the Court at (206) 370-8830.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of January, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2