UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF WANGSHENG LENG
by and through its administrator; and
LIPING YANG,

        Plaintiffs,

v.

CITY OF ISSAQUAH, et al.,

        Defendants.

C19-490 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for extension, docket no. 49, is GRANTED as follows. The deadline for defendants to serve the rebuttal report of J. Matthew Lacy, M.D. is EXTENDED from April 30, 2020, to May 7, 2020. Plaintiffs may serve an additional or supplemental expert report to rebut Dr. Lacy's opinions provided that such report is served at least three (3) days before the deposition of plaintiffs' expert Jonathan Arden, M.D., or May 26, 2020, whichever is earlier.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of April, 2020.

                              William M. McCool
                              Clerk

                              s/Karen Dews
                              Deputy Clerk

MINUTE ORDER - 1