1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

ESTATE OF WANGSHENG LENG, by
and through administrator, LIPING YANG,

9

Plaintiffs,

C19-490 TSZ

10

v.

MINUTE ORDER

11

CITY OF ISSAQUAH, et al.,

12

Defendants.

13   The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

14

15   (1)     Defendants' motion, docket no. 53, to strike plaintiffs' pending motion to
exceed the limit on depositions because it was not filed before the discovery motions
filing deadline is DENIED.  Plaintiffs are sua sponte GRANTED an extension of time,
and their pending motion will be considered timely filed.

16

17   (2)     Plaintiffs' motion, docket no. 52, to exceed the limit of ten (10) depositions
is GRANTED.  The Court will permit plaintiffs to depose defendants' expert Irvin S.
Scher, Ph.D., P.E. and Issaquah Police Commander Wilson.

18

19   (3)     The deadline for completing the two remaining depositions is July 10,
2020.  The deadline for filing dispositive motions is CONTINUED from June 25, 2020,
to July 30, 2020.  The deadline for filing motions related to expert testimony (for
example, _Daubert_ motions) is CONTINUED from July 2, 2020, to July 30, 2020.

20

21   (4)     The trial date of September 18, 2020, the pretrial conference date of
September 11, 2020, and the deadlines for filing motions in limine, a pretrial order, trial
briefs, proposed voir dire questions, and proposed jury instructions are STRICKEN.  The

22

23

MINUTE ORDER - 1

trial date and related dates and deadlines will be reset, if appropriate, after the Court rules on any pending motions.

(5)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of June, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2