UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF WANGSHENG LENG, by and through administrator LIPING YANG; and LIPING YANG, individually,

Plaintiffs,

v.

CITY OF ISSAQUAH; ISSAQUAH POLICE OFFICER M. LUCHT #1201; and ISSAQUAH POLICE OFFICER KYLEN WHITTOM #1210,

Defendants.

C19-490 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion, docket no. 58, for leave to file an overlength motion is GRANTED in part and DENIED in part as follows. Defendants may file **one** dispositive motion that shall not exceed thirty (30) pages in length. Plaintiffs' response shall not exceed thirty (30) pages in length. Defendants' reply shall not exceed fifteen (15) pages in length.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of July, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1