The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF WANGSHENG LENG, by and through administrator, LIPING YANG,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF ISSAQUAH, ISSAQUAH POLICE OFFICER M. LUCHT #1201, and ISSAQUAH POLICE OFFICER KYLEN WHITTOM, #1210,<br><br>Defendants. | No. 2:19-cv-00490-TSZ<br><br>DEFENDANTS' MOTION TO SEAL PURSUANT TO PROTECTIVE ORDER FILED ON JUNE 27, 2019<br><br>NOTED FOR: AUGUST 14, 2020 |

## I.     RELIEF REQUESTED

Defendants wish to file information that has been designated "confidential" under Dkt # 18, a protective order. Plaintiff maintains that the information should be filed under seal. Defendants disagree, but bring this motion as required under Paragraph 4.3 of the order for the Court's determination.

## II.     RELEVANT FACTS

This is a civil rights case where Plaintiff is alleging Defendants caused the death of Leng Wangsheng. The protective order filed in the case defines "confidential" materials as documents or tangible items including medical or mental health information concerning Leng Wangsheng. Dkt # 18, 2:2-4. Defendants need to file Mr. Leng's autopsy report, a medical record from Eastside Fire & Rescue, and photos taken of Mr. Leng in the hospital; and reference the information contained therein to support their motion for summary

DEFENDANTS' MOTION TO SEAL PURSUANT TO
PROTECTIVE ORDER FILED ON JUNE 27, 2019 - 1
2:19-cv-00490-TSZ

1002-01464/509231

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

judgment and qualified immunity. Defendants conferred with Plaintiff as required by Paragraph 4.3 of the protective order. Plaintiff states Mr. Leng's medical records are confidential and should not be made public at this time. *Id*. Defendants anticipate these documents will all be offered as exhibits at trial by one or both parties, and will be cited to and relied upon by both parties at summary judgment. As such, they believe they should not be sealed now.

Redaction of the record would not be sufficient as essentially the entire pages of the documents would need to be redacted.

### III.   EVIDENCE RELIED UPON

1. Declaration of Shannon Ragonesi and attached exhibits.

### IV.   LEGAL ARGUMENT

Local Civil Rule 5(g)(2) requires Defendants to file a motion to seal this document at the same time they file the document. Plaintiff must then satisfy the requirements of Section 5(g)(3)(B) of the Rule by demonstrating why the record should be sealed by the Court.

Defendants do not believe these documents should be sealed. They contain private medical information, but this information is relevant to the claims Plaintiff must prove at trial. Nevertheless, Defendants are filing this motion out of an abundance of caution and to comply with the provisions of the protection order issued by the Court.

### V.   CONCLUSION

For the foregoing reason, Defendants respectfully request the Court to consider Defendants' motion to seal.

////

////

////

DEFENDANTS' MOTION TO SEAL PURSUANT TO PROTECTIVE ORDER FILED ON JUNE 27, 2019 - 2
2:19-cv-00490-TSZ
1002-01464/509231

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

1
2     DATED:  July 30, 2020
3                                             KEATING, BUCKLIN & McCORMACK, INC., P.S.
4
5                                             By: /s/ Shannon M. Ragonesi
                                              Shannon M. Ragonesi, WSBA #31951
6                                             Attorneys for Defendants
7                                             801 Second Avenue, Suite 1210
                                              Seattle, WA  98104
8                                             Phone: (206) 623-8861
                                              Fax:    (206) 223-9423
9                                             Email: sragonesi@kbmlawyers.com
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

DEFENDANTS' MOTION TO SEAL PURSUANT TO PROTECTIVE ORDER FILED ON JUNE 27, 2019 - 3
2:19-cv-00490-TSZ

1002-01464/509231

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiffs**
David B. Owens, WSBA #53856
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
T: 312-243-5900
Email:  david@loevy.com
andrew@loevy.com
melinda@loevy.com

**Attorneys for Plaintiffs**
Harry Williams IV, WSBA #41020
Law Office of Harry Williams LLC
707 E. Harrison
Seattle, WA 98102
T: 206-451-7195
Email:  harry@harrywilliamslaw.com

DATED:  July 30, 2020

By: */s/ Shannon M. Ragonesi*
Shannon M. Ragonesi, WSBA #31951
801 Second Avenue, Suite 1210
Seattle, WA  98104
Phone: (206) 623-8861
Fax:     (206) 223-9423
Email: sragonesi@kbmlawyers.com

DEFENDANTS' MOTION TO SEAL PURSUANT TO PROTECTIVE ORDER FILED ON JUNE 27, 2019 - 4
2:19-cv-00490-TSZ
1002-01464/509231

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423