UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF WANGSHENG LENG, by and through administrator LIPING YANG; and LIPING YANG, individually,

Plaintiffs,

v.

CITY OF ISSAQUAH; ISSAQUAH POLICE OFFICER M. LUCHT #1201; and ISSAQUAH POLICE OFFICER KYLEN WHITTOM #1210,

Defendants.

C19-490 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion to seal, docket no. 64, is GRANTED in part and STRICKEN in part, as follows:

(a) With regard to the King County Medical Examiner's Autopsy Report, docket no. 65-1, the motion is GRANTED, and the unredacted document shall remain under seal;

(b) With regard to the Eastside Fire & Rescue Patient Care Record, docket no. 65-2, the motion is GRANTED, and the unredacted document shall remain under seal; and

(c) With regard to photographs of Wangsheng Leng, docket no. 65-3, the motion is STRICKEN as moot in light of plaintiffs' agreement that the photographs may be made publicly available, *see* Resp. at 2-3 (docket no. 74), and the photographs shall be unsealed.

MINUTE ORDER - 1

(2) Plaintiffs' unopposed motion to seal, docket no. 73, is GRANTED. The Clerk is DIRECTED to SEAL Exhibits 1, 4, 5, 9, 12, and 16, to plaintiffs' motion to seal, docket nos. 73-2 through 73-7.  Plaintiffs appear to have intended to file these materials under seal, but because they failed to do so, the documents have been available for public view since July 30, 2020.  Plaintiffs are advised that, during the period preceding this Minute Order, the exhibits might have been uploaded by private websites unrelated to and outside the control of the Court and might now be available to the public for a fee. *See*, *e.g.*, www.pacermonitor.com; www.law360.com.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of August, 2020.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2