UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF WANGSHENG LENG, by
and through administrator LIPING YANG;
and LIPING YANG, individually,

                Plaintiffs,

    v.

CITY OF ISSAQUAH; ISSAQUAH
POLICE OFFICER M. LUCHT #1201;
and ISSAQUAH POLICE OFFICER
KYLEN WHITTOM #1210,

                Defendants.

C19-490 TSZ

MINUTE ORDER

       The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

       (1)    Plaintiffs' motion, docket no. 102, for leave to file an overlength response to defendants' motion for summary judgment, is GRANTED as follows. Plaintiffs' response shall not exceed forty (40) pages in length. Defendants' reply shall not exceed twenty-five (25) pages in length.

       (2)    Plaintiffs' motions to exclude certain witnesses, docket nos. 68, 69, and 72, and defendants' motion to exclude certain testimony, docket no. 66, are RENOTED to September 18, 2020, and will be considered with defendants' motion for summary judgment, docket no. 60.

       (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

       Dated this 10th day of September, 2020.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1