The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF WANGSHENG LENG, by and through administrator, LIPING YANG,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF ISSAQUAH, ISSAQUAH POLICE OFFICER M. LUCHT #1201, and ISSAQUAH POLICE OFFICER KYLEN WHITTOM, #1210,<br><br>Defendants. | No. 2:19-cv-00490-TSZ<br><br>SUPPLEMENTAL DECLARATION OF SHANNON M. RAGONESI |

I, Shannon M. Ragonesi, declare as follows:

1. I am one of the attorneys representing the Defendants in this lawsuit. I make this declaration based upon my own personal knowledge, upon facts which are admissible in evidence. I am competent to testify to the matters set forth in this declaration.

2. The following exhibits are cited or relied upon in Defendants Reply in Opposition to Motion for Summary Judgment:

    A. Attached as **Exhibit 1** is a true and correct copy of the Department of Justice letter to (former) Mayor McGinn, dated November 23, 2011. This is a public record and available on the internet.

DECLARATION OF SHANNON M. RAGONESI - 1
2:19-cv-00490-TSZ
1002-01464/514907

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

  B. Attached as **Exhibit 2** is a true and correct copy of the King County letter to Dow Constantine, dated October 1, 2019.  This is a public record and was produced to Plaintiff during discovery in this case;

  C. Attached as **Exhibit 3** is a true and correct copy of excerpts of Officer Michael Lucht's deposition transcript.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 18th day of September, 2020, at Seattle, Washington.

          */s/ Shannon M. Ragonesi*
          Shannon M. Ragonesi, WSBA #31951

DECLARATION OF SHANNON M. RAGONESI - 2
2:19-cv-00490-TSZ
1002-01464/514907

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiffs**
Harry Williams IV, WSBA #41020
Law Office of Harry Williams LLC
707 E. Harrison
Seattle, WA 98102
T: 206-451-7195
Email:  harry@harrywilliamslaw.com

**Attorneys for Plaintiffs**
David B. Owens, WSBA #53856
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
T: 312-243-5900
Email:  david@loevy.com; melisa@loevy.com; melinda@loevy.com

DATED:  September 18, 2020

<u>/s/ Shannon M. Ragonesi</u>
Shannon M. Ragonesi, WSBA #31951
Attorneys for Defendants

801 Second Avenue, Suite 1210
Seattle, WA  98104
Phone: (206) 623-8861
Fax:     (206) 223-9423
Email: sragonesi@kbmlawyers.com

DECLARATION OF SHANNON M. RAGONESI - 3
2:19-cv-00490-TSZ
1002-01464/514907

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423