UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF WANGSHENG LENG, by and through administrator LIPING YANG,

Plaintiff,

v.

CITY OF ISSAQUAH, et al.,

Defendants.

C19-490 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Paragraph 1(a) of the Minute Order entered January 5, 2021, docket no. 117, and Paragraph 3 of the Minute Order entered December 1, 2020, docket no. 112, are hereby VACATED.

(2) Defendants' motion, docket no. 113, for a *Daubert* hearing is GRANTED, and plaintiffs' motion, docket no. 68, to exclude certain testimony of Irving Scher, Ph.D., will be decided after such hearing. In light of the pending appeal, the Court defers scheduling a *Daubert* hearing until after the Ninth Circuit issues a mandate.

(3) This case is STAYED pending further order of the Court.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of March, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1