UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF WANGSHENG LENG, by and through administrator LIPING YANG,

Plaintiff,

v.

CITY OF ISSAQUAH, et al.,

Defendants.

C19-490 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  The United States Court of Appeals for the Ninth Circuit having issued its mandate on January 12, 2022, the stay imposed by the Minute Order entered March 5, 2021, docket no. 123, is hereby LIFTED, and this case is returned to the Court's active docket.

(2)  The parties are DIRECTED to file a Joint Status Report, on or before **February 11, 2022**, addressing the following matters: (i) what additional discovery, if any, is needed, and when can such discovery be completed; (ii) when will the parties be prepared to proceed with the *Daubert* hearing granted by the Minute Order entered March 5, 2021, docket no. 123, relating to plaintiffs' motion, docket no. 68, to exclude certain testimony of Irving Scher, Ph.D.; (iii) when will the parties be ready for trial and how long will any trial likely last; and (iv) any other issues that might affect the case schedule.

(3)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of January, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1