UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF WANGSHENG LENG, by and through administrator LIPING YANG,

Plaintiff,

v.

CITY OF ISSAQUAH, et al.,

Defendants.

C19-490 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having carefully studied the parties' Joint Status Report, docket no. 128, the Court SETS the following trial date and related dates and deadlines:

| | |
|---|---|
| **JURY TRIAL DATE (6-8 days)** | **May 31, 2022** |
| Additional discovery completion deadline | March 31, 2022 |
| Briefs and exhibits for *Daubert* hearing DUE | March 31, 2022 |
| Technology check (via ZoomGov) | April 25, 2022 at 2:00 p.m. |
| *Daubert* hearing | April 27, 2022 at 10:00 a.m. |
| Motions in limine ("MILs") filing deadline (any MILs to be noted for May 13, 2022) | April 28, 2022 |
| Agreed pretrial order, trial briefs, and proposed voir dire questions DUE | May 9, 2022 |
| Pretrial conference | May 13, 2022 at 10:00 a.m. |

MINUTE ORDER - 1

(2) **_Daubert_ Hearing**:  The Court defers ruling on whether the _Daubert_ hearing will be via ZoomGov or in-person.  Each side shall submit a brief, not to exceed ten (10) pages in length, concerning the precise issues for the Court's consideration, as well as two sets of printed courtesy copies of all exhibits, tabbed and bound in three-ring binders.  Such exhibits shall include the report or reports of any expert who will testify at the hearing and the entire transcript of such expert's deposition.  Counsel shall coordinate with Courtroom Deputy Clerk Gail Glass (206-370-8522) concerning the delivery of exhibit binders.

(3) **Jury Instructions**:  The parties need not file proposed jury instructions.  The Court will provide a draft set of jury instructions to counsel via email and set a deadline for filing any objections.

(4) **Virtual Proceedings**:  The Court defers ruling on whether the trial (and the pretrial conference) will be virtual or in-person.  With respect to the issue raised by the parties concerning the need for a Mandarin-to-English translator, counsel are advised that the ZoomGov platform allows for a participant to be designated as an interpreter with a separate audio channel and for other participants to choose the interpreter's audio channel so that they may hear the translation.

(5) **Technology Check**:  Counsel shall arrange for any party and/or witness who needs translation services, as well as a court-certified interpreter, to participate in the technology check.  Additional guidance concerning technology checks is available on Page 6 of the Virtual Trials Handbook for Attorneys available on the District's website at https://www.wawd.uscourts.gov/attorneys/remotehearings.

(6) **Terms of Original Scheduling Order**:  The provisions of the Minute Order Setting Trial and Related Dates, docket no. 12, concerning (i) any alteration of the case schedule and the need for counsel to be prepared to commence trial on the date set, (ii) the agreed pretrial order and the form of the exhibit list to be included therein, (iii) the numbering of trial exhibits, and (iv) immediate communication to the Court of any settlement remain in full force and effect.

(7) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of January, 2022.

    Ravi Subramanian
    Clerk

    s/Gail Glass
    Deputy Clerk

MINUTE ORDER - 2