UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF WANGSHENG LENG, by and through administrator, LIPING YANG,

Plaintiff,

v.

CITY OF ISSAQUAH, et al.,

Defendants.

C19-490 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) In their responsive pleading, docket no. 43, defendants Michael Lucht and Kyle Whittom asserted a malicious prosecution counterclaim against plaintiff. This counterclaim was not the subject of any dispositive motion, and whether Officers Lucht and Whittom intend to pursue it at trial is unclear. On or before noon on May 18, 2022, defendants shall either voluntarily dismiss the malicious prosecution counterclaim or file an offer of proof to support such counterclaim, not to exceed five (5) pages in length.

(2) The Court will provide a draft set of jury instructions to counsel via email. Any objections to the Court's proposed instructions shall be filed by noon on May 18, 2022. Plaintiff shall include with any objections a summary of the act or acts and/or failure to act on which the negligence claim is premised.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of May, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1