UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF WANGSHENG LENG, by and through administrator, LIPING YANG,

Plaintiff,

v.

CITY OF ISSAQUAH, et al.,

Defendants.

C19-490 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion, docket no. 155, is TREATED as a notice of voluntary dismissal of their malicious prosecution counterclaim, as to which no order is required, see Fed. R. Civ. P. 41(a)(1)(A)(i) & 41(c), and the Clerk is DIRECTED to update the docket accordingly.

(2) Pursuant to the parties' stipulation, docket no. 157, plaintiff's assault and battery claim brought under Washington law, see Am. Compl. at Count IV, ¶¶ 96–100 (docket no. 40), is hereby DISMISSED.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of May, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1