UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF WANGSHENG LENG, by
and through administrator LIPING YANG,

  Plaintiff,

  v.

CITY OF ISSAQUAH, et al.,

  Defendants.

C19-490 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The previously deferred portions of plaintiff's Motion in Limine No. 1, docket no. 140, are DENIED as to Ms. Yang's deposition testimony that she "was afraid someone might call the police," and GRANTED as to the assessment dated July 23, 2018, by the Washington Department of Social and Health Services ("DSHS"), Ex. E to Ragonesi Decl. (docket no. 146-3). The DSHS assessment and evidence concerning it are EXCLUDED.

(2) Defendants' Motion in Limine No. 8, docket no. 136, to exclude evidence or argument regarding a ratification theory, for purposes of a § 1983 (*Monell*) claim against the City of Issaquah, is GRANTED. The circumstances relating to ratification have not changed since the Court ruled on defendants' motion for summary judgment, *see* Order at 13–14 & 15 n.7 (docket no. 116), and any motion by plaintiff to resurrect the ratification-based *Monell* claim is DENIED.

(3) Plaintiff's oral motion for reconsideration as to plaintiff's Motion in Limine No. 11, docket no. 140, which seeks to exclude Washington law as requiring, justifying, or excusing defendants' actions, is NOTED for May 27, 2022. Any response by defendants shall be filed by noon on May 26, 2022. No reply shall be filed unless requested by the Court.

MINUTE ORDER - 1

(4)     All objections to the designated portions of the deposition of Farshaad Bilimoria, M.D., <u>see</u> Tr. (Apr. 2, 2020) (docket no. 159-1), are OVERRULED.

(5)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of May, 2022.

Ravi Subramanian<br>
Clerk<br><br>
s/Gail Glass<br>
Deputy Clerk

MINUTE ORDER - 2