UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF WANGSHENG LENG, by and through administrator LIPING YANG,

Plaintiff,

v.

MICHAEL LUCHT; and KYLEN WHITTOM,

Defendants.

C19-490 TSZ

ORDER

Plaintiff's unopposed motion, docket no. 168, to dismiss the negligence claim, Count III of the Amended Complaint, docket no. 40, *see* Pretrial Order at ¶ II.A.2 (docket no. 164), is GRANTED, and plaintiff's negligence claim is DISMISSED with prejudice and without costs.  No claim against the City of Issaquah remains, and the City of Issaquah is no longer a defendant in this matter.  The caption is therefore modified as reflected in this Order.  All future filings shall bear the same caption as this Order.

The Clerk is DIRECTED to update the docket accordingly and to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 23rd day of May, 2022.

Thomas S. Zilly
United States District Judge

ORDER - 1