# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ESTATE OF WANGSHENG LENG, by and through administrator LIPING YANG,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LUCHT; and KYLEN WHITTOM,<br><br>Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C19-490 TSZ |

_X_   **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is ENTERED in favor of defendants Michael Lucht and Kylen Whittom on plaintiff's claim under 42 U.S.C. § 1983 for use of excessive force. Plaintiff's § 1983 claim is DISMISSED with prejudice, and costs may be taxed in the manner set forth in Local Civil Rule 54(d).

Dated this 16th day of June, 2022.

                                                  Ravi Subramanian
                                                  Clerk

                                                  s/Gail Glass
                                                  Deputy Clerk